UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-142 PSG (DFMx) SA | Date | February 21, 2014 |
|---|---|---|---|
| Title | Ross v. Organon USA, Inc., *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| | Wendy Hernandez | Not Reported |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| | Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re: MDL Transfer

The Court is aware that *In re NuvaRing Products Liability Litigation*, MDL No. 1964, is currently being litigated in the United States District Court for the Eastern District of Missouri. In light of the common questions of fact presented in the instant case, the parties are hereby ordered to show cause as to whether – and if so, when – they plan to file a motion to transfer this case as a "tag-along" case to the multidistrict litigation pending before the United States District Court for the Eastern District of Missouri.

The parties are hereby ordered to respond to this Order by **March 14, 2014.**

IT IS SO ORDERED.